# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ADRIANE GENOVA, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>IC SYSTEMS, INC. and JOHN DOES 1-25,<br><br>        Defendants. | Case No. 2:16-cv-5621 (MCA) (LDW)<br><br>NOTICE OF SETTLEMENT<br><br>JURY TRIAL DEMANDED |

**TO THE COURT, PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendant, IC SYSTEM, INC., and Plaintiff, ADRIANE GENOVA, have agreed to a compromise as to the claims asserted in this matter.

Defendant anticipates that a Request for Dismissal will be on file within the next 60 days.

Dated:       April 27, 2018

                                        Respectfully Submitted,

                                        GORDON REES SCULLY MANSUKHANI, LLP
                                        *Attorneys for IC Systems, Inc.*

                                        By:    /s/ *Peter G. Siachos*
                                                Peter G. Siachos
                                                JoAnna M. Doherty

                                        18 Columbia Turnpike, Suite 220
                                        Florham Park, New Jersey  07932
                                        Tel: (973) 549-2500
                                        Fax: (973) 377-1911
                                        e-mail: psiachos@grsm.com